**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000070
15-FEB-2019
01:44 PM**

NOS. CAAP-16-0000070 and CAAP-16-0000195
(CONSOLIDATED)


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


M POCKET CORPORATION, Plaintiff-Appellee, v.
SHANGHAI SHANGHAI, LLC, dba MAUI KITCHEN; and
RONALD AU, Defendants-Appellants,
and
RONALD AU, dba MAUI KITCHEN, Defendant and
Third-Party Plaintiff-Appellant, v.
M POCKET CORPORATION, a Hawaii Limited Partnership;
PETER C.K. FONG; SOFOS REALTY CORPORATION; MOLLY ROBERTS;
SISSY NOELANI, Third-Party Defendants-Appellees


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(HONOLULU DIVISION)
(1RC-14-1-7371)

ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order
of the court filed on December 19, 2018, is corrected by
replacing "CIRCUIT" with "DISTRICT", adding "(HONOLULU DIVISION)"
on the immediate line thereafter, and replacing "CIVIL NO. 14-1-
2398)" with "(1RC-14-1-7371)" in the caption on page 1.

---

[1]     Ginoza, Chief Judge, Leonard and Reifurth, JJ.

The Clerk of the Court is directed to incorporate the foregoing change in the original opinion.

DATED:  Honolulu, Hawaiʻi, February 15, 2019.

FOR THE COURT:

Associate Judge